Shewaferaw S. SHIBESHI, Appellant,

v.

**PHILANDER SMITH COLLEGE,**
Appellee.

No. 11–3273.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 7, 2012.

Filed: June 26, 2012.

Shewaferaw Shibeshi, Mifflin, PA, pro se.

Elizabeth Rowe Cummings, Melissa M. Duke, Carolyn B. Witherspoon, Cross & Gunter, Little Rock, AR, for Appellee.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

1. The Honorable James M. Moody, United States District Judge for the Eastern District

PER CURIAM.

Shewaferaw S. Shibeshi appeals the district court's[1] Fed.R.Civ.P. 12(b)(6) dismissal in favor of his former employer, private entity, Philander Smith College. Having conducted de novo review of the record, and having considered the parties' submissions on appeal, this court affirms the judgment of the district court. *See* 8th Cir. R. 47B.